UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED RENTALS HIGHWAY TECHNOLOGIES, INC., | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | 1:05-cv-0571-SEB-VSS |
| | ) | |
| INDIANA CONSTRUCTORS, INC., et al., | ) | |
| Defendants. | ) | |

## **JUDGMENT**

Pursuant to the Court's entry of this date, final judgment is entered in favor of Defendants and against Plaintiff. Each party shall bear its own costs.

IT IS SO ORDERED.

Date: 11/22/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Anessa Abrams
SAUL EWING LLP
aabrams@saul.com

Edward J. Fillenwarth Jr.
FILLENWARTH DENNERLINE GROTH & TOWE
efil@fdgtlaborlaw.com

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE
wgroth@fdgtlaborlaw.com

Ryan Michael Hurley
BAKER & DANIELS
ryan.hurley@bakerd.com

Gary Louis Lieber
SAUL EWING LLP
glieber@saul.com

Geoffrey S. Lohman
FILLENWARTH DENNERLINE GROTH & TOWE
glohman@fdgtlaborlaw.com

Ira Michael Shepard
SAUL EWING LLP
ishepard@saul.com

Robert K. Stanley
BAKER & DANIELS
rkstanle@bakerd.com

Mark Richard Waterfill
DANN PECAR NEWMAN & KLEIMAN
mwaterfill@dannpecar.com